Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–13748–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven A. Wilson Sr.          Dana Wilson
4006 Hana Road                4006 Hana Road
Edison, NJ 08817              Edison, NJ 08817

Social Security No.:
  xxx–xx–5123                 xxx–xx–1581

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 27, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 27, 2018
JAN: wir

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven A. Wilson, Sr.  
Dana Wilson  
    Debtors

Case No. 18-13748-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Sep 27, 2018 |
| | Form ID: 148 | Total Noticed: 50 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.

```
db/jdb         +Steven A. Wilson, Sr.,    Dana Wilson,    4006 Hana Road,    Edison, NJ 08817-2566
517355134       AXA Equitable,    Attention: Linda Bavaria,    MD 32-23 Personal and Confidential,
                 Syracuse, NY 13202
517415476      +Abelson & Truesdale,    Bruce C. Truesdale, Esq,    147 Union Avenue,    Middlesex, NJ 08846-1063
517355133       Amerihealth Insurance Co. of NJ,    PO Box 826317,    Philadelphia, PA 19182-6317
517415471      +Attorney Gen. of the US,    Dept. of Justice,    Constitution Ave and 10th St. NW,
                 Washington, DC 20530-0001
517355135       Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
517355138      +Central Jersey Dental Arts, LLC,    1056 Stelton Rd,    Piscataway, NJ 08854-4326
517401876      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517355142      +Dr. Jonathan Turkis,    511 New Brunswick Avenue,    Perth Amboy, NJ 08861-3682
517355143      +First Atlantic Fcu,    468 Industrial Way W,    Eatontown, NJ 07724-2210
517355144       First Atlantic Federal Credit Union,    PO Box 25,    West Long Branch, NJ 07764-0025
517373507      +Ford Motor Credit Co., LLC,    Schachter Portnoy, LLC,    3490 US Rte. 1, Ste. 6,
                 Princeton, NJ 08540-5920
517355147      +Geico Casualty Company,    407 Rt. 17 S,    Hackensack, NJ 07601-1002
517355148      +Hackensack Meridian Health,    P.O. Box 650292,    Dallas, TX 75265-0292
517355150      +Lyons, Doughty & Veldhuis,    P.O. Box 1269,    Mount Laurel, NJ 08054-7269
517355151      +Meridian Med Group,    PO Box 416693,    Boston, MA 02241-6693
517355152      +Michael Harrison, Esq,    3155 Route 10 East Ste 214,    Denville, NJ 07834-3430
517409374       Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
517355155       New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
517355157      +Palisades Collection,    Po Box 1244,    Englewood Cliffs, NJ 07632-0244
517355158      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517355159      +QualCare, Inc.,    PO Box 219,    Piscataway, NJ 08855-0219
517355160      +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
517355161      +Quest Diagnostics,    P.O. Box 740985,    Cincinnati, OH 45274-0985
517355162      +Raritan Bay Medical Center,    530 New Brunswick Ave,    Perth Amboy, NJ 08861-3685
517355166      +SLS,   8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
517355156     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                 Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08695-0267)
517355167      +St. Peter's University Hospital,    Attn: Business Office,    254 Easton Avenue,
                 New Brunswick, NJ 08901-1766
517355169      +University Radiology Group,    P.O. Box 1075,    East Brunswick, NJ 08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517355132       E-mail/Text: ebn@americollect.com Sep 28 2018 00:04:44     Americollect,    1851 S Alverno Road,
                 Manitowoc, WI 54221
517355131      +E-mail/Text: vanessa.brown@arcresorts.com Sep 28 2018 00:05:25     Americano Beach Resort,
                 1260 N. Atlantic Avenue,    Daytona Beach, FL 32118-3631
517494589       EDI: RESURGENT.COM Sep 28 2018 03:33:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517355136      +EDI: CAPITALONE.COM Sep 28 2018 03:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517407653       EDI: CAPITALONE.COM Sep 28 2018 03:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517355137      +EDI: CAPITALONE.COM Sep 28 2018 03:33:00      Captial One Bank,    PO Box 85617,
                 Richmond, VA 23285-5617
517355139      +E-mail/Text: tuscolsup@fisglobal.com Sep 28 2018 00:05:06
                 Certegy Payment Recovery Services, Inc,    11601 Roosevelt Boulevard,
                 Saint Petersburg, FL 33716-2202
517355140      +EDI: CCS.COM Sep 28 2018 03:33:00      Credit Collection Services*,
                 Two Wells Avenue, Dept 9136,    Newton, MA 02459-3225
517636425       EDI: IRS.COM Sep 28 2018 03:33:00      Department of the Treasury,    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia PA 19101-7346
517355145      +EDI: AMINFOFP.COM Sep 28 2018 03:33:00      First Premier Bank,    Po Box 5524,
                 Sioux Falls, SD 57117-5524
517415475      +EDI: MID8.COM Sep 28 2018 03:33:00      Midland Funding LLC,    8875 Aero Dr.,
                 San Diego, CA 92123-2255
517355153      +EDI: NAVIENTFKASMSERV.COM Sep 28 2018 03:33:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Sep 27, 2018
                              Form ID: 148             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517355154      +E-mail/PDF: bankruptcy@ncfsi.com Sep 28 2018 00:07:23     New Century Financial,
                2 Ridgedale Aveue Ste 104,   Cedar Knolls, NJ 07927-1118
517400937      +EDI: DRIV.COM Sep 28 2018 03:33:00      SANTANDER CONSUMER USA,   P.O. Box 560284,
                Dallas, TX 75356-0284
517355163      +E-mail/Text: bankruptcy@savit.com Sep 28 2018 00:05:22     Sa-Vit Enterprises*,
                46 W. Ferris Street,   P.O. Box 250,   East Brunswick, NJ 08816-0250
517355164       EDI: DRIV.COM Sep 28 2018 03:33:00      Santander,   PO Box 560284,   Dallas, TX 75356-0284
517407105      +EDI: DRIV.COM Sep 28 2018 03:33:00      Santander Consumer ISA, Inc.,   POB 961245,
                Ft. Worth, TX 76161-0244
517355165      +E-mail/Text: bankruptcy@savit.com Sep 28 2018 00:05:22     Savit Coll,   Po Box 250,
                East Brunswick, NJ 08816-0250
517355168      +E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37     United States Attorney,
                For Internal Revenue Service),   970 Broad Street, 5th Floor,   Newark, NJ 07102-2527
                                                                                             TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517355141*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: District Director of the IRS,   955 S. Springfield Avenue,
                Springfield, NJ 07081)
517355149*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Interal Revenue Service,   Po Box 21126,   Philadelphia, PA 19114)
517683283*      IRS,   POB 7346,   Philadephia, PA  19101-7346
517474691*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Department of Treasury,
                Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
517355130      ##+ACB Receivables Management,   Po Box 350,   Asbury Park, NJ 07712-0350
517355146      ##+Gateway Energy Services*,   400 Rella Blvd, Ste 300,   Montebelllo, NY 10901-4239
                                                                                 TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Dana  Wilson brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Steven A. Wilson, Sr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset- Backed Certificates, Series INABS 2005-A dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset- Backed Certificates, Series INABS 2005-A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```